```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,**    )<br>                              )<br>    **Plaintiff,**              )<br>                              )<br>**v.**                            )<br>                              )<br>**ABDULLAH AL RAFIQ SHAHEED**     )<br>**ASHANTI a/k/a William Atrel**  )<br>**Townsend,**                    )<br>                              )<br>    **Defendant.**              )   | No. 10-20310 |

**ORDER DENYING MOTION TO DISMISS INDICTMENT AND FOR PRE-TRIAL HEARING ON ENTRAPMENT AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is Defendant Abdullah Al Rafiq Shaheed Ashanti's February 22, 2011 Motion to Dismiss Indictment and for Pre-Trial Hearing on Entrapment Defense. (See Mot. to Dismiss Indictment and for Pre-Trial Hearing on Entrapment Defense, ECF No. 80.)  Also before the Court is Magistrate Judge Charmiane G. Claxton's Report and Recommendation on that motion. (See Report and Recommendation on Def.'s Motion to Dismiss Indictment and for Pre-Trial Hearing on Entrapment Defense, ECF No. 113.) ("Report")  The Magistrate Judge recommends that the Court deny Ashanti's motion. (See Report 5.)

"A district judge must determine de novo any part of a magistrate judge's disposition that has been properly objected

to." Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C). However, the district court need not review-under a de novo or any other standard-those aspects of the report and recommendation to which no objection is made. Thomas v. Arn, 474 U.S. 140, 150 (1985). The court should adopt the findings and rulings of the magistrate judge to which no specific objection is filed. Id. at 151.

Because the Magistrate Judge issued the Report on March 28, 2011, Ashanti was required to file any objections to the Report by April 11, 2011. See 28 U.S.C. § 636(b)(1)(c) (stating that a party must file any objections to a magistrate judge's report within fourteen days of service); (Report 5). No objections have been filed, and the time for doing so has expired. Therefore, the Court will adopt the findings and conclusions of the Magistrate Judge's Report. See Thomas, 474 U.S. at 151; see also United States v. Buckhanon, No. 09-20060-JPM-dkv, 2010 WL 2775858, at *1 (W.D. Tenn. July 14, 2010) (adopting a magistrate judge's report in its entirety where a defendant failed to file timely objections).

For the foregoing reasons, the Court ADOPTS the Report and Recommendation of the Magistrate Judge and DENIES the Motion to Dismiss Indictment and for Pre-Trial Hearing on Entrapment Defense.

So ordered this 18th day of April, 2011.

2

                                          s/ Samuel H. Mays, Jr.
                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE